September 13, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

MYRTIS ALEXANDER, Appellant

NO. 14-12-00626-CV                    V.

FIRST SHILOH BAPTIST CHURCH, Appellee
_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on May 31, 2012. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Myrtis Alexander.

We further order this decision certified below for observance.